**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Phillip E Goodvin
Karen M Goodvin

Debtors

Case No.: 19-19177
Chapter: 13
Hearing Date: 01/03/2020

Judge Janet S. Baer

## NOTICE OF MOTION

TO:  Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Phillip E Goodvin, Karen M Goodvin, Debtors, 868 Dover St., Hampshire, IL 60140
David H Cutler, Attorney for Debtors, 4131 Main St., Skokie, IL 60076 by electronic notice through ECF

PLEASE TAKE NOTICE that on 01/03/2020, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Kane County Courthouse 100 S. Third Street, Geneva, Illinois, room 240, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on December 19, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 19, 2019.

/s/ Brenda Ann Likavec
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-19-06959**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 19, 2019 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 19, 2019.

  Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
  Phillip E Goodvin, Karen M Goodvin, Debtors, 868 Dover St., Hampshire, IL 60140
  David H Cutler, Attorney for Debtors, 4131 Main St., Skokie, IL 60076 by electronic notice through ECF

                                             /s/ Brenda Ann Likavec
                                               Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-19-06959**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Phillip E Goodvin
Karen M Goodvin

Debtors

Case No.: 19-19177
Chapter: 13
Hearing Date: 01/03/2020

Judge Janet S. Baer

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** PHH Mortgage Corporation, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1.  This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2.  The Debtors are indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 868 Dover Street, Pingree Grove, IL 60140;

3.  Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtors filing of this petition on 7/9/19;

4.  The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

5.  Pursuant to the plan, Debtors are to disburse the current monthly mortgage payments directly to Movant beginning with the first payment due after the filing of the Chapter 13 Bankruptcy (subject to periodic adjustment due to change in escrow);

6. Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reasons:

   a) As of 11/07/2019, the Debtors are past due for the 8/1/19 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

   b) As of 11/07/2019, the total post-petition default through and including 11/1/19, is $7,680.44. Any payments received after this date may not be reflected in this default;

   c) On 12/01/2019, the default will increase, and will continue to increase as additional amounts become due;

7. Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d)(1);

8. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

9. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding:

   $850.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same
   $181.00    for Court filing fee

10. PHH Mortgage Corporation services the underlying mortgage loan and note for the property referenced in this Motion for Relief for PHH Mortgage Corporation (the noteholder) and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in

the name of PHH Mortgage Corporation (the noteholder). PHH Mortgage Corporation (the noteholder) has the right to foreclose because: Noteholder is the owner of the note. Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to Noteholder or has been duly endorsed.

**WHEREFORE,** PHH Mortgage Corporation prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated this December 19, 2019.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Brenda Ann Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-19-06959**

NOTE: This law firm is a debt collector.